UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:23-CV-00078-REW-EBA

**AUDRA "KAT" JOHNS, et al.**                                                              **PLAINTIFFS,**

**VS.**

**PAINTSVILLE INDEPENDENT BOARD OF EDUCATION, et al.     DEFENDANTS.**

## REPORT OF PARTIES' PLANNING MEETING

The parties, by and through counsel, for their Report of Planning Meeting, state as follows:

1. The following persons participated in a Rule 26(f) conference via electronic mail on January 8, 2024: Christopher Roach, Esq., and Benjamin T. D. Pugh for Plaintiff and Jonathan C. Shaw, Esq., for Defendant.

2. **INITIAL DISCLOSURES**. The parties will exchange the information required by Civil Rule 26(a)(1) by February 20, 2024.

3. **DISCOVERY PLAN**. The parties propose the following discovery plan:

    A. Discovery will be needed on the following subjects:

    - All claims of Plaintiff and all defenses of Defendants.

    B. Civil Rule 26(a)(2) experts' disclosure deadlines: January 31, 2025, for the Plaintiff, and by March 3, 2025, for the Defendants, with expert depositions completed by April 25, 2025.

    C. Document productions, *to the extent feasible,* shall be bates stamped appropriately given the volume of documents in the matter.

    D. Electronically stored information (ESI) to be produced in its native file format, unless unavailable, then in PDF format.

1

4. **OTHER ITEMS**.

   A. The parties do not request a conference with the Court before entry of the Scheduling Order.

   B. The parties request a Pretrial Conference following the Court's ruling on dispositive motions or if none filed, then following the expiration of the deadline for the filing of dispositive motions.

   C. Plaintiffs should be allowed until September 6, 2024 to join additional parties and to amend their pleadings.

   D. Defendants should be allowed until October 4, 2024 to join additional parties and to amend the pleadings.

   E. All dispositive and Daubert motions should be filed by June 6, 2025.

   F. Settlement cannot be evaluated prior to completion of discovery depositions of the parties.

   G. The parties do not consent to the jurisdiction of the Magistrate Judge for all proceedings, including trial, pursuant to 28 U.S.C. § 636(c).

   H. The case should be ready for trial by July 21, 2025 or thereafter and at this time is expected to take approximately five (5) days.

Respectfully submitted:

| | |
|---|---|
| */s/ Jonathan C. Shaw, w/ auth (01/19/24)* | */s/ Benjamin T. D. Pugh* |
| Jonathan C. Shaw, Esq. | Christopher D. Roach, Esq. (#95007) |
| PORTER, BANKS, BALDWIN & SHAW, PLLC | Benjamin T. D. Pugh, Esq. (#94032) |
| 327 Main Street, P.O. Drawer 1767 | PUGH & ROACH, ATTORNEYS AT LAW, PLLC |
| Paintsville, Kentucky 41240-1767 | 28 West Fifth Street |
| Telephone: (606) 789-3747 | Covington, KY 41011 |
| Fax: (606) 789-9862 | Telephone: (859) 291-5555 |
| jshaw@psbb-law.com | Fax: (859) 287-2600 |
| *Attorneys for Defendants* | chris@prlaw.legal; tom@prlaw.legal |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

This is to certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Jeffrey C. Mando

*/s/ Benjamin T. D. Pugh*
Benjamin T. D. Pugh, Esq.

3