UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CASE NO: 7:23-cv-00078-REW-EBA

AUDRA "KAT" JOHNS and
ROBERT JOHNS As Parents,
Guardians, and Next Friends of RJ a Minor                              PLAINTIFFS

-vs-

PAINTSVILLE INDEPENDENT BOARD
OF EDUCATION; TIFFANY AUSTIN,
In her Individual Capacity as a Principal of
Paintsville High School; TOMMY POE,
In his individual Capacity as a Vice-Principal
of Paintsville High School; RORY BIALECKI,
In his individual capacity as a Teacher at
Paintsville High School,                                               DEFENDANTS

## NOTICE TO TAKE DEPOSITION

The Plaintiffs and their counsel will hereby take notice that the Defendants will take the deposition of **AUDRA "KAT" JOHNS** at the law offices of Porter, Banks, Baldwin & Shaw, PLLC, located at 121 Prosperous Place, Ste 12A, Lexington, Kentucky on **WEDNESDAY, OCTOBER 2, 2024** at the hour of **10:30 A.M**. Said deposition to be taken for the purpose of discovery and to be used for any and all purposes permitted by the Federal Rules of Civil Procedure.

1

        PORTER, BANKS, BALDWIN & SHAW, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240-1767
        Telephone:  (606) 789-3747
        Facsimile:  (606) 789-9862
        Email:  jshaw@psbb-law.com

*/s/ Jonathan C. Shaw*_____
Jonathan C. Shaw
*Counsel for Defendants*

CERTIFICATE OF SERVICE:

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Benjamin T.D. Pugh
Christopher D. Roach
Pugh & Roach, Attorneys at Law
28 W. Fifth Street
Covington, KY 41011
***Counsel for Plaintiffs***
*tom@prlaw.legal*
*chris@prlaw.legal*

This 18th day of September, 2024.

*/s/ Jonathan C. Shaw*_____
Jonathan C. Shaw

cc:    An/Dor Reporting