UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
SOUTHERN DIVISION at PIKEVILLE  
CASE NO: 7:23-cv-00078-REW-EBA

AUDRA "KAT" JOHNS and  
ROBERT JOHNS As Parents,  
Guardians, and Next Friends of RJ a Minor                              PLAINTIFFS

-vs-

PAINTSVILLE INDEPENDENT BOARD  
OF EDUCATION; TIFFANY AUSTIN,  
In her Individual Capacity as a Principal of  
Paintsville High School; TOMMY POE,  
In his individual Capacity as a Vice-Principal  
of Paintsville High School; RORY BIALECKI,  
In his individual capacity as a Teacher at  
Paintsville High School,                                                         DEFENDANTS

---

**NOTICE TO TAKE DEPOSITION**

---

The Plaintiffs and their counsel will hereby take notice that the Defendants will take the deposition of **R.J**. at the law offices of Porter, Banks, Baldwin & Shaw, PLLC, located at 121 Prosperous Place, Ste 12A, Lexington, Kentucky on **WEDNESDAY, OCTOBER 2, 2024** at the hour of **11:30 A.M**.  Said deposition to be taken for the purpose of discovery and to be used for any and all purposes permitted by the Federal Rules of Civil Procedure.

            PORTER, BANKS, BALDWIN & SHAW, PLLC  
            327 Main Street, P.O. Drawer 1767  
            Paintsville, Kentucky  41240-1767  
            Telephone:     (606) 789-3747  
            Facsimile:       (606) 789-9862  
            Email:             jshaw@psbb-law.com

            */s/ Jonathan C. Shaw*_____  
            Jonathan C. Shaw  
            *Counsel for Defendants*

CERTIFICATE OF SERVICE:

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:


Benjamin T.D. Pugh
Christopher D. Roach
Pugh & Roach, Attorneys at Law
28 W. Fifth Street
Covington, KY 41011
***Counsel for Plaintiffs***
tom@prlaw.legal
chris@prlaw.legal

This 18th day of September, 2024.


                                                */s/ Jonathan C. Shaw*
                                                Jonathan C. Shaw


cc:    An/Dor Reporting